# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**MONTREAL, MAINE & ATLANTIC RAILWAY, LTD.**,<br><br>    Debtor. | Bk. No. 13-10670<br>Chapter 11 |
| **ROBERT J. KEACH**, solely in his capacity as the chapter 11 trustee for **MONTREAL, MAINE & ATLANTIC RAILWAY, LTD.**,<br><br>    Plaintiff,<br><br>    v.<br><br>**WORLD FUEL SERVICES CORPORATION, WORLD FUEL SERVICES, INC., WESTERN PETROLEUM COMPANY, WORLD FUEL SERVICES, CANADA, INC.,** AND **PETROLEUM TRANSPORT SOLUTIONS, LLC,**<br><br>    Defendants. | Adversary Proceeding No.  14-1001 |

## ACCEPTANCE OF SERVICE

I, Jay S. Geller, Esq., acknowledge that I represent World Fuel Services Corporation, World Fuel Services, Inc., Western Petroleum Company, World Fuel Services, Canada, Inc., and Petroleum Transport Solutions, LLC (the "Defendants"), that I received a copy of the Summons and Notice of Pretrial Conference (the "Summons") and Complaint filed in this proceeding, and that I am authorized to and have, by my signature below, accepted service of the Summons and Complaint on behalf of the Defendants.  The Defendants have authorized me to, and by my

signature below I hereby, waive their right to personal service of the Summons and Complaint pursuant to Rule 7004(b) of the Federal Rules of Bankruptcy Procedure.

**WORLD FUEL SERVICES CORPORATION, WORLD FUEL SERVICES, INC., WESTERN PETROLEUM COMPANY, WORLD FUEL SERVICES, CANADA, INC.**, and **PETROLEUM TRANSPORT SOLUTIONS, LLC**

By their attorney:

DATED: February 14, 2014

/s/ Jay S. Geller
Jay S. Geller, Esq.
Law Office of Jay S. Geller
One Monument Way, Suite 200
Portland, Maine 04101
(207) 899-1477 direct
jgeller@jaysgellerlaw.com