**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) Case No. 13-10670 |
| MONTREAL MAINE & ATLANTIC RAILWAY, LTD. | ) |
|  | ) |
| Debtor. | ) |

### UNITED STATES TRUSTEE'S CERTIFICATE OF APPOINTMENT OF TRUSTEE PURSUANT TO 11 U.S.C. § 1163

In accordance with the requirements of section 1163 of the United States Bankruptcy Code, the Secretary of Transportation ("the Secretary") provided to the United States Trustee a list of five (5) disinterested persons who are qualified and willing to serve as trustee in this case. Further, the United States Trustee conducted interviews of each of the five (5) disinterested persons provided by the Secretary. Robert J. Keach. was one of the five disinterested candidates provided by the Secretary to the United States Trustee in accordance with section 1163.

PLEASE TAKE NOTICE THAT, pursuant to 11 U.S.C. § 1163, William K. Harrington, the United States Trustee for Region One (the "United States Trustee"), has appointed Robert J. Keach to serve as a trustee in the above-captioned chapter 11 case of Montreal Maine & Atlantic Railway, Ltd. (the "Debtor"). Attached hereto as **Exhibit A** is Mr. Keach's Affidavit of Disinterestedness and Disclosure Statement.

Dated at Portland, Maine this 21st day of August, 2013.

                  Respectfully submitted,

                  William K. Harrington
                  United States Trustee

By: /s/ Stephen G. Morrell
Stephen G. Morrell, Esq.
Assistant United States Trustee
United States Department of Justice
Office of United States Trustee
537 Congress Street, Suite 303
Portland, ME 04101
PHONE: (207) 780-3564
Stephen.G.Morrell@usdoj.gov

## CERTIFICATE OF SERVICE

I, Stephen G. Morrell, being over the age of eighteen and an employee of the United States Department of Justice, U.S. Trustee Program, hereby certify that on August 21, 2013, I electronically filed the above *United States Trustee's Certificate of Appointment of Trustee Pursuant to 11 U.S.C. §1163* and this *Certificate of Service*, which were served upon each of the parties set forth on this Service List via U.S. mail, postage prepaid, on August 21, 2013.

All other parties listed on the Notice of Electronic Filing have been served electronically.

Dated at Portland, Maine this 21st day of August, 2013.


/s/ Stephen G. Morrell


**Service List:**

**N/A**

2