**EXHIBIT A** (Blumberg No. 5208)

| VICTIM (Decedent) | REPRESENTATIVE OF DECEDENT |
|---|---|
| Alliance, Marie Semie | Marie Precieuse Salomon (mother of Marie Semie Alliance) and Milliana Alliance (Daughter) |
| Bolduc, Stephane | Lisette Fortin-Bolduc, Mother of Stephane |
| Bouchard, Yannick | Genevieve Dube, acting as representative of Mylaine Dube(17) and Laurie Dube(15), minor children of Bouchard |
| Boulet, Marie-France | Louise Boulet, Sister to Marie France Boulet |
| Boulet, Yves | Jean Boulet(father) & Colette Boulet(mother)-- Parents to Yves Boulet |
| Champagne, Karine | Ghislain, Champagne (father); Lachance, Danielle (mother) -- Parents to Karine Champagne |
| Faucher, Marie-Noelle | Germaine Faucher (mother) & Maude Faucher (representing Tristan Lecours, a minor child) -- Mother a to Marie-Noelle Faucher |
| Guertin Jr., Michel or Guertin, Junior Michel | Sandy Bedard (mother of William and Arianne and common law spouse of Michel) as guardian of Willia (son, 9) & Arianne Guertin (daughter, 7) |
| Lajeunesse, Éric Pépin | Clermont Pepin, Father of Eric |
| Lapierre, Stéphane | Marie-Eve Lapierre (daughter), Dave Lapierre (son), and Nancy Vallerand (ex-wife of plaintiff, guardian son) |
| Lapointe, Joannie | Diane Belanger, Mother to Joannie Lapointe |
| Picard, Louisette Poirer | France Picard, Daughter to Louisette Picard |
| Poulin, Marianne | Christiane Mercier (mother of decedent); Mario Poulin, (father of decedent) |
| Rodrique, Martin | Elie Rodrique, Father to Martin Rodrique |
| Roy, Jean-Pierre | Maxime Roy (adult son) and Carol-Anne Roy (adult daughter)W |
| Roy, Kevin | Mother (Lise Doyon) and Minor Child (Sherley Roy) of Kevin Roy |
| Roy, Melissa | Rejean Roy (Parent) |
| Sévigny, Andrée-Anne | Louise Breton & Mario Sévigny & Marc-Antoine Sévigny, Parents and brother |
| Sirois, Jimmy | Michel Sirois and Solange Belanger, Parents to Jimmy Sirois |
| Turcotte, Elodie | Richard Turcotte and Christine Pulin; Parents of Elodie Turcotte |
| Turmel, Joanie | Suzanne Bizier, Mother of Joanie Turmel |
| Veilleux, Jean-Guy | Daughter (minor) represented by her mother, Annick Roy (not married to Jean-Guy) |
| Veilleux, Richard | Sophie Veilleux, Daughter of Richard Veilleux |

Page 1 of 1