UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| In re | ) | Hearing Date: October 3, 2013<br>Time: 10:00 a.m.<br>Location: Bangor<br>Objection Date: September 12, 2013 |
| MONTREAL MAINE & ATLANTIC RAILWAY, LTD. | ) | CHAPTER 11<br>CASE NO. 13-10670-LHK |
| Debtor | ) | |

## JOINDER TO WRONGFUL DEATH CLAIMANTS' MOTION FOR FORMATION OF CREDITORS' COMMITTEE

The representatives of the probate estates of David Lacroix Beaudoin, Alyssa Charest Begnoche, Bianka Charest Begnoche, Talitha Coumi Begnoche, Elaine Parenteau Boulanger, Genevieve Breton, Kathy Clusiault, Denise Dubois, Maxine Dubois, Henriette Latulippe, David Martin, Roger Paquet, Mathieu Pelletier, Jean-Guy Veilleux and Richard Veilleux (collectively, the "Claimants"), each of them individuals killed by the explosion in Lac Megantic, Quebec resulting from derailment of a train operated by the Debtor, hereby join in the motion filed by 18 other wrongful death claimants for the formation of an official committee of wrongful death and personal injury claimants.[1]  For the reasons stated in that motion, the Claimants support the appointment of a committee of wrongful death and personal injury claimants pursuant to Section 1102(a)(2).

WHEREFORE, the Claimants pray that this Court direct the Office of the United States Trustee to appoint an official committee of wrongful death and personal injury claimants in this case.

---

[1] The names of the estate representatives appear in Exhibit A to this motion.

Disabled

Estates of David Lacroix Beaudoin, *et al.*

By their attorneys,

/s/ George W. Kurr, Jr.
George W. Kurr, Jr.
Gross, Minsky & Mogul, P.A.
23 Water Street, Suite 400
P. O. Box 917
Bangor, ME 04402-0917
Phone: (207) 942-4644 ext. 206
Fax: (207) 942-3699
gwkurr@grossminsky.com

and

Jason C. Webster
THE WEBSTER LAW FIRM
6200 Savoy
Suite 515
Houston, TX 77036
Phone: (713) 581-3900