**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>MONTREAL MAINE & ATLANTIC RAILWAY, LTD.<br><br>Debtor. | Bk. No. 13-10670<br>Chapter 11 |

## CHAPTER 11 TRUSTEE'S REPORT ON CCAA PROCEEDINGS

Robert J. Keach, the chapter 11 trustee in the above-captioned case of Montreal Maine & Atlantic Railway, Ltd., files this report, pursuant to the *Cross-Border Insolvency Protocol* adopted by this Court, regarding certain filings in the *Companies' Creditors Arrangement Act* case (the "Canadian Case") of Montreal Maine & Atlantic Canada Co. ("MMAC") currently pending in the Superior Court of Canada, District of Saint-François.

Specifically, attached hereto as **Exhibit A** is a true and correct copy of the *Third Report of the Monitor on the State of Petitioner's Financial Affairs* filed in the Canadian Case on October 4, 2013.

Also on October 4, 2013, counsel to MMAC filed a *Motion for a Second Order Extending the Stay Period* (the "Stay Motion"). A true and correct copy of the Stay Motion and exhibits R-1 through R-7 are attached hereto as **Exhibit B**.

Additionally, counsel to MMAC and the monitor (the "Monitor") appointed in the Canadian Case filed a *Motion to Increase the Amount of the Administration Charge* (the "Administration Charge Motion"), a true and correct copy of which motion is attached hereto as **Exhibit C**.

Dated: October 7, 2013

ROBERT J. KEACH,
CHAPTER 11 TRUSTEE OF MONTREAL
MAINE & ATLANTIC RAILWAY, LTD.

By his attorneys:

/s/ *Michael A. Fagone, Esq.*
Michael A. Fagone, Esq.
D. Sam Anderson, Esq.
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
E-mail: mfagone@bernsteinshur.com