10/9/13 Hearings                Montreal, Maine & Atlantic Railway                Bangor

## APPEARANCES

Steven Morrell, US Trustee
Michael Fagone, Sam Anderson for Chapter 11 Trustee
Jeremy Fischer for Indian Harbor Insurance Company, et al
George Marcus for Wheeling & Lake Erie Railway Company
Jordan Kaplan for Brotherhood of Locomotive Engineers and Trainmen
John Stemplewicz and Matthew Troy for USA Department of Justice
Daniel Cohn, George Kurr for Estates of Marie Alliance, et al
Luc Despins for Unofficial Committee of Victims
Kelly McDonald for GNP Maine Holdings, Camden National Bank
Debra Dandeneau for CIT Group
Ben Marcus for Indian Harbor Insurance
William Price for Maine Department of Transportation
Michael Dagostino for The Hartford