# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

_____
                                    )

**In re:**                                 )

                                    )  **Chapter 11**

**MONTREAL, MAINE & ATLANTIC, LTD.** )  **Case No. 13-10670-LHK**

                                    )

        **Debtor.**         )

_____)

## APPOINTMENT AND NOTICE OF APPOINTMENT
## OF COMMITTEE OF CREDITORS

Pursuant to 11 U.S.C. § 1102(a)(2), the undersigned hereby appoints the following creditors to serve on the Committee of Creditors holding claims arising from the July 6, 2013, derailment at Lac-Megantic:

| | |
|---|---|
| Serge Jacques<br>Frontenac, QC. Canada G6B-251<br><br>Jacinthe LaCombe<br>Lac Megantic, QC. Canada G6B-226 | Megane Turcotte<br>Lac Megantic, QC. Canada G6B 2N7 |

The United States Trustee reserves the right to modify this Appointment of Committee, if necessary.

Dated at Portland, Maine this 27th day of November, 2013.

                                      Respectfully submitted,

                                      William K. Harrington
                                      United States Trustee

                By:    /s/ Stephen G. Morrell
                           Stephen G. Morrell, Esq.
                           Assistant U.S. Trustee
                         United States Department of Justice
                         Office of United States Trustee

        537 Congress Street, Suite 303
        Portland, ME 04101
        PHONE:  (207) 780-3564

### **CERTIFICATE OF SERVICE**

I, Stephen G. Morrell, being over the age of eighteen and an employee of the United States Department of Justice, U.S. Trustee Program, hereby certify that on November 26, 2013, I electronically filed the forgoing Appointment and Notice of Appointment of Committee of Victims and this Certificate of Service, which were served upon each of the parties set forth on this Service List via U.S. mail, postage prepaid, on November 27, 2013.  All other parties listed on the Notice of Electronic Filing have been served electronically.

Dated at Portland, Maine this 27th day of November, 2013.

        /s/  Stephen G. Morrell

Service List:

Serge Jacques (via electronic mail)

Conrad LeBrun, Attorney-in-Fact
55 rue Frontenac
Lac Megantic, QC Canada G6B-1H6

Jacinthe LaCombe (via electronic mail)

Marie Turcotte (via electronic mail)

Madame Collette-Roy LaRoche, Attorney-in-Fact
55 rue Frontenac
Lac Megantic, QC Canada G6B-1H6