**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>MONTREAL MAINE & ATLANTIC RAILWAY, LTD.<br><br>Debtor. | Bk. No. 13-10670<br>Chapter 11 |

**ORDER REGARDING TRUSTEE'S MOTION PURSUANT TO 11 U.S.C. § 105(d) AND THE CROSS-BORDER INSOLVENCY PROTOCOL TO ESTABLISH (I) A MORATORIUM ON PLAN PROCEEDINGS; (II) A SETTLEMENT PROCESS; AND (III) A PLAN PROCESS IN THE EVENT OF MULTIPLE PLANS**

This matter having come before the Court on the *Trustee's (A) Proposed Agenda for Status Conference and (B) in the Alternative, Motion Pursuant to 11 U.S.C. § 105(d) and the Cross-Border Insolvency Protocol to Establish (I) a Moratorium on Plan Proceedings; (II) a Settlement Process; and (III) a Plan Process in the Event of Multiple Plans* [D.E. 658] (the "Motion"), filed by Robert J. Keach, the chapter 11 trustee (the "Trustee"), and the Motion requesting that, to the extent not established by mutual consent at the Conference,[1] the Court enter an order establishing: (a) certain procedures and deadlines with respect to a plan and confirmation process, including, but not limited to, a 120-day moratorium on the filing of or prosecution of any plans or disclosure statements; and (b) a settlement process, including, without limitation, to discuss resolution of claims to the XL Policy, and the potential global resolution of all claims asserted against MMA and MMA Canada, as well as by or against third parties having potential indemnity and contribution claims against MMA and MMA Canada, and due and appropriate notice of the Motion having been given, and it appearing that no other or further notice need be provided, and the Court having held a hearing on the Motion on April 8,

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Motion.

1

2014 (the "Hearing"), and the Trustee having withdrawn, without prejudice, all aspects of the Motion except for the request for a moratorium, and the Court having heard and considered all objections to the Motion and the arguments of counsel at the Hearing, and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is granted on the terms set forth herein.

2. From and after the date of this Order, and through **June 30, 2014** (the "Moratorium Period"), no party shall proceed with respect to any filed plan, file any plan or disclosure statement, file any additional or amended plan or disclosure statement, and/or attempt to schedule hearings with respect to any plan or disclosure statement, and any currently scheduled hearings with respect to any plan or disclosure statement are hereby adjourned and continued without day, pending further order of this Court entered in accordance with this Order.

3. A status conference regarding settlement status, if any, and any further plan proceedings shall be held on **May 22, 2014 at 1:00 p.m. in Bangor, Maine**.

Dated: April 11, 2014

_____
The Honorable Louis H. Kornreich
Chief Judge, U. S. Bankruptcy Court