**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>MONTREAL MAINE & ATLANTIC RAILWAY, LTD.<br><br>              Debtor. | Bk. No. 13-10670<br>Chapter 11 |

## CHAPTER 11 TRUSTEE'S REPORT ON CCAA PROCEEDINGS

Robert J. Keach, the chapter 11 trustee in the above-captioned case of Montreal Maine & Atlantic Railway, Ltd., files this report, pursuant to the *Cross-Border Insolvency Protocol* adopted by this Court, regarding certain filings in the *Companies' Creditors Arrangement Act* case (the "Canadian Case") of Montreal Maine & Atlantic Canada Co. ("MMAC") currently pending in the Superior Court of Canada, District of Saint-François (the "Canadian Court").

Specifically, attached hereto as **Exhibit A** is a true and correct copy of the *Twelfth Report of the Monitor on the State of Petition's Financial Affairs* filed in the Canadian Case on July 18, 2014.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Additionally, attached hereto as **Exhibit B**, is a true and correct copy of an order of the Canadian Court extending the stay period in the Canadian Case up to an including September 30, 2014.

Dated:  July 25, 2014

ROBERT J. KEACH,
CHAPTER 11 TRUSTEE OF MONTREAL
MAINE & ATLANTIC RAILWAY, LTD.

By his attorneys:

/s/ *D. Sam Anderson*
D. Sam Anderson, Esq.
Timothy J. McKeon, Esq.
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
E-mail: mfagone@bernsteinshur.com
E-mail: tmckeon@bernsteinshur.com