UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

MONTREAL MAINE & ATLANTIC
RAILWAY, LTD.

Debtor.

Bk. No. 13-10670
Chapter 11

ORDER GRANTING TRUSTEE'S CONSENTED TO MOTION TO
EXTEND THE PLAN MORATORIUM PERIOD

This matter having come before this Court on the Chapter 11 Trustee's Consented to Motion to Extend the Plan Moratorium Period (the "Motion"); sufficient notice of the Motion having been given; no hearing being necessary in connection with the Motion; after due deliberation; and the Trustee having demonstrated sufficient cause for the granting of the Motion, the Court hereby **ORDERS** as follows:[1]

1. The Moratorium Period (as defined in the Moratorium Order) is hereby extended until the earlier of (a) September 30, 2014, or (b) ten (10) days following the Trustee's filing of a notice of termination of the Moratorium Period in this case;

2. Except as amended herein or by the *Order Pursuant to 11 U.S.C. §105(d) Amending the Moratorium on Plan Proceedings* [D.E. 989], the Moratorium Order shall otherwise remain in full force and effect;

3. The Trustee is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and

4. Notice of this order and the Trustee's notice, if one is filed, of termination of the Moratorium Period shall be provided via the Court's online case management/electronic case

---

[1] Capitalized terms used, but not defined in this Order, have the meanings ascribed to such terms in the Motion.

files ("CM/ECF") system to those parties that have elected to receive CM/ECF notice. No further notice shall be required.

5.  This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the court as if this Order had not been entered.

Dated: July 30, 2014

_____
The Honorable Louis H. Kornreich
United States Bankruptcy Judge