**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>MONTREAL MAINE & ATLANTIC RAILWAY, LTD.<br><br>　　　　　Debtor. | Bk. No. 13-10670<br>Chapter 11 |

## CHAPTER 11 TRUSTEE'S REPORT ON CCAA PROCEEDINGS

Robert J. Keach, the chapter 11 trustee in the above-captioned case of Montreal Maine & Atlantic Railway, Ltd., files this report, pursuant to the *Cross-Border Insolvency Protocol* adopted by this Court, regarding certain filings in the *Companies' Creditors Arrangement Act* case (the "Canadian Case") of Montreal Maine & Atlantic Canada Co. ("MMAC") currently pending in the Superior Court of Canada, District of Saint-François (the "Canadian Court").

Specifically, attached hereto as **Exhibit A** is a true and correct copy of an e-mail dated December 19, 2014 in which counsel for MMAC informs the Canadian Court and the Service List that "[i]n light of the status of certain negotiations…the Plan will not be filed today as previously contemplated." The email further represents that the "Plan will be filed as soon as possible," and, in any event, by January 12, 2015.

Dated: December 22, 2014

　　　　　　　　　　　　　　　　　　ROBERT J. KEACH,
　　　　　　　　　　　　　　　　　　CHAPTER 11 TRUSTEE OF MONTREAL
　　　　　　　　　　　　　　　　　　MAINE & ATLANTIC RAILWAY, LTD.

　　　　　　　　　　　　　　　　　　By his attorneys:

　　　　　　　　　　　　　　　　　　*/s/ Timothy J. McKeon*
　　　　　　　　　　　　　　　　　　Timothy J. McKeon, Esq.
　　　　　　　　　　　　　　　　　　D. Sam Anderson, Esq.
　　　　　　　　　　　　　　　　　　BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
　　　　　　　　　　　　　　　　　　100 Middle Street
　　　　　　　　　　　　　　　　　　P.O. Box 9729
　　　　　　　　　　　　　　　　　　Portland, ME 04104
　　　　　　　　　　　　　　　　　　Telephone: (207) 774-1200
　　　　　　　　　　　　　　　　　　Facsimile: (207) 774-1127