# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0100−1 | User: kford | Date Created: 10/9/2015 |
| Case: 13−10670 | Form ID: pdf900 | Total: 171 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| intp | Wrongful Death, Personal Injury, Business, Property and Environmental Clients as of 9/1/13 |
| cr | Estate of Jefferson Troester |
| cr | DPTS Marketing, LLC |
| cr | Dakota Petroleum Transport Solutions, LLC |

TOTAL: 4

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of U.S. Trustee | ustpregion01.po.ecf@usdoj.gov |
| aty | Aaron P. Burns | aburns@pearcedow.com |
| aty | Adam Paul, Esq. | adam.paul@kirkland.com |
| aty | Adam J. Shub, Esq. | ashub@preti.com |
| aty | Alan R. Lepene, Esq. | Alan.Lepene@ThompsonHine.com |
| aty | Andrew Helman, Esq. | ahelman@mcm−law.com |
| aty | Anthony J. Manhart | amanhart@preti.com |
| aty | Benjamin E. Marcus, Esq. | bmarcus@dwmlaw.com |
| aty | Brian T. Henebry, Esq. | bhenebry@carmodylaw.com |
| aty | Bruce B. Hochman, Esq. | bhochman@eatonpeabody.com |
| aty | Craig Goldblatt | craig.goldblatt@wilmerhale.com |
| aty | Curtis E. Kimball, Esq. | ckimball@rudman−winchell.com |
| aty | D. Sam Anderson, Esq. | sanderson@bernsteinshur.com |
| aty | Daniel C. Cohn, Esq. | dcohn@murthalaw.com |
| aty | Daniel R. Felkel, Esq. | dfelkel@troubhheisler.com |
| aty | Darcie P.L. Beaudin, Esq. | dbeaudin@sta−law.com |
| aty | David C. Johnson | bankruptcy@mcm−law.com |
| aty | Deborah L. Thorne, Esq. | deborah.thorne@btlaw.com |
| aty | Debra A. Dandeneau | debra.dandeneau@weil.com |
| aty | Dennis L. Morgan | dmorgan@coopercargillchant.com |
| aty | Edward MacColl, Esq. | emaccoll@thomport.com |
| aty | Elizabeth J. Wyman, Esq. | liz.wyman@maine.gov |
| aty | Elizabeth L. Slaby | bslaby@clarkhill.com |
| aty | F. Bruce Sleeper, Esq. | bankruptcy@jbgh.com |
| aty | Frank J. Guadagnino | fguadagnino@clarkhillthorpreed.com |
| aty | Fred W. Bopp III,, Esq. | fbopp@perkinsthompson.com |
| aty | Frederick C. Moore, Esq. | frederick.moore@libertymutual.com |
| aty | George J. Marcus, Esq. | bankruptcy@mcm−law.com |
| aty | George W. Kurr, Jr. | gwkurr@grossminsky.com |
| aty | Isaiah A. Fishman | ifishman@krasnowsaunders.com |
| aty | James F. Molleur, Esq. | jim@molleurlaw.com |
| aty | Jason C. Webster, Esq. | jwebster@thewebsterlawfirm.com |
| aty | Jay S. Geller | jgeller@jaysgellerlaw.com |
| aty | Jeffrey D. Sternklar, Esq. | jeffrey@sternklarlaw.com |
| aty | Jeffrey T. Piampiano, Esq. | jpiampiano@dwmlaw.com |
| aty | Jennifer H. Pincus, Esq. | Jennifer.H.Pincus@usdoj.gov |
| aty | Jeremy R. Fischer | jfischer@dwmlaw.com |
| aty | John Eggum | jeggum@fgppr.com |
| aty | John R McDonald, Esq. | jmcdonald@briggs.com |
| aty | Jordan M. Kaplan, Esq. | jkaplan@zwerdling.com |
| aty | Joshua R. Dow, Esq. | jdow@pearcedow.com |
| aty | Kameron W. Murphy, Esq. | kmurphy@tuethkeeney.com |
| aty | Keith J. Cunningham, Esq. | kcunningham@pierceatwood.com |
| aty | Kelley J. Friedman | kfriedman@jandflaw.com |
| aty | Kevin J. Crosman, Esq. | kevin.crosman@maine.gov |
| aty | Lindsay K. Zahradka | lzahradka@bernsteinshur.com |
| aty | Maire Bridin Corcoran Ragozzine, Esq. | acummings@bernsteinshur.com |
| aty | Matthew E. Linder, Esq. | mlinder@sidley.com |
| aty | Matthew Jordan Troy | matthew.Troy@usdoj.gov |
| aty | Michael K. Martin, Esq. | mmartin@pmhlegal.com |
| aty | Mitchell A. Toups | matoups@wgttlaw.com |
| aty | Nathaniel R. Hull, Esq. | nhull@verrilldana.com |
| aty | Patrick C. Maxcy, Esq. | patrick.maxcy@dentons.com |
| aty | Paul Joseph Hemming | phemming@briggs.com |
| aty | Peter J. Flowers | pjf@meyers−flowers.com |
| aty | Regan M. Haines, Esq. | rhaines@curtisthaxter.com |
| aty | Renee D. Smith | renee.smith@kirkland.com |
| aty | Richard Silver, Esq. | rsilver@lanhamblackwell.com |
| aty | Richard P. Olson, Esq. | rolson@perkinsolson.com |
| aty | Richard Paul Campbell | rpcampbell@campbell−trial−lawyers.com |
| aty | Robert J. Keach, Esq. | rkeach@bernsteinshur.com |

| | | |
|---|---|---|
| aty | Roger A. Clement, Jr., Esq. | rclement@verrilldana.com |
| aty | Roma N. Desai, Esq. | rdesai@bernsteinshur.com |
| aty | Ronald Stephen Louis Molteni, Esq. | moltenir@stb.dot.gov |
| aty | Seth S. Holbrook | holbrook_murphy@msn.com |
| aty | Stephen G. Morrell, Esq. | stephen.g.morrell@usdoj.gov |
| aty | Steven E. Cope, Esq. | scope@copelegal.com |
| aty | Susan N.K. Gummow, Esq. | sgummow@fgppr.com |
| aty | Taruna Garg, Esq. | tgarg@murthalaw.com |
| aty | Timothy H. Norton, Esq. | tnorton@krz.com |
| aty | Timothy J. McKeon, Esq. | tmckeon@bernsteinshur.com |
| aty | Timothy R. Thornton | pvolk@briggs.com |
| aty | Tracie J. Renfroe, Esq. | trenfroe@kslaw.com |
| aty | William C. Price | wprice@clarkhill.com |
| aty | William H. Welte, Esq. | wwelte@weltelaw.com |

TOTAL: 75

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Montreal Maine & Atlantic Railway Ltd. | 15 Iron Road    Hermon, ME 04401 |
| cr | Maine Department of Transportation | c/o Victoria Morales    16 State House Station    Augusta, ME 04333 |
| cr | Eastern Maine Railway Company | c/o Alan Lepene    3900 Key Center    127 Public Square    Cleveland, OH 44114–1291 |
| cr | Maine Northern Railway Company | c/o Alan Lepene    3900 Key Center    127 Public Square    Cleveland, OH 44114–1291 |
| cr | New Brunswick Southern Railway Company | c/o Alan R. Lepene    3900 Key Center    127 Public Square    Cleveland, OH 44114–1291 |
| cr | Bangor Savings Bank | P.O.Box 930    Bangor, ME 04402–0930 |
| cr | United States of America | c/o Department of Justice, Civil Divisio    1100 L Street, N.W.    Room 10052    Washington, DC 20005 |
| tr | Robert J. Keach | Bernstein Shur Sawyer & Nelson    100 Middle Street    P.O. Box 9729    Portland, ME 04104 |
| cr | Estates of Marie Alliance, et al | c/o Murtha Cullina LLP    99 High Street    Boston, ME 02110 |
| cr | Estates of Stephanie Bolduc | c/o Meyers & Flowers, LLC    3 North Second Street, Suite 300    St. Charles, IL 60174 |
| aty | Bernstein, Shur, Sawyer & Nelson | 100 Middle Street 6th Floor    PO Box 9729    Portland, ME 04104–5029 |
| intp | Surface Transportation Board | 395 E Street, S.W.    Washington, DC 20423 |
| intp | J.D. Irving, Limited | c/o Pierce Atwood LLP    254 Commercial Street    Portland, ME 04101 |
| intp | Irving Pulp & Paper, Limited | c/o Pierce Atwood LLP    Attn: Keith J. Cunningham    254 Commercial Street    Portland, ME 04101 |
| intp | Irving Paper Limited | c/o Pierce Atwood LLP    Attn: Keith J. Cunningham    254 Commercial Street    Portland, ME 04101 |
| cr | GNP Maine Holdings, LLC | 50 Main Street    East Millinocket, ME 04430 |
| cr | First Union Rail | c/o Curtis Kimball, Esq.    P.O. Box 1401    Bangor, ME 04401 |
| cr | Center Beam Flat Car Company, Inc. | c/o Curtis Kimball, Esq.    P.O. Box 1401    Bangor, ME 04401 |
| cr | Real Custeau Claimants et al | c/o Mitchell A. Toups, Esq.    PO Box 350    Beaumont, TX 77704 |
| aty | Verrill Dana LLP | One Portland Square    P.O. Box 586    Portland, ME 04112–0586 |
| cr | Frederick J. Williams | 74 Bellevue Street    Compton, QU J0B 1L0 CANADA |
| cr | Daniel Aube | 308 St–Lambert Street    Sherbrooke, QU J1C0N9 CANADA |
| cr | Robert D. Thomas | 49 Park Street    Dexter, ME 04930 |
| cr | Fred's Plumbing & Heating, Inc. | 328 Main Street    Derby, VT 05829 |
| cr | Clean Harbors | 42 Lonwater Dr.    Norwell, MA 02061 |
| cr | Union Tank Car Company | c/o Regan M. Haines    PO Box 7320    Portland, ME 04112–7320 |
| cr | Shell Oil Company | c/o Jessica Lewis    Molleur Law Office    95 Main Street    Auburn, ME 04210 |
| fa | Development Specialists, Inc. | Fred Caruso    Suite 2300    70 West Madison Street    Chicago, IL 60602 |
| intp | Oasis Petroleum, Inc. | c/o Timtohy H. Norton, Esq.    P.O. Box 597    Portland, ME 04112 |
| cr | Stephen C. Currie | 17 Dodlin Road    Enfield, ME 04493 |
| cr | Jeffrey C. Durant | 1029 Main Rd.    Brownville, ME 04414 |
| cr | Lexington Insurance Company | c/o Marcus A. Helt, Esq.    Gardere Wynne Sewell LLP    1601 Elm St Ste 3000    Dallas, TX 75201 |
| cr | Sierra Liquidity Fund, LLC | 19772 MacArthur Blvd. # 200    Irvine, CA 92612 |
| cr | General Electric Railcar Services Corporation | c/o Pierce Atwood LLP    Attn: Keith J. Cunningham    254 Commercial Street    Portland, ME 04101 |
| cr | Trinity Rail Leasing 2012 LLC | c/o One City Center    Portland, ME 04101 |
| cr | Trinity Tank Car, Inc. | c/o One City Center    Portland, ME 04101 |
| cr | Trinity Industries Leasing, Inc. | c/o One City Center    Portland, ME 04101 |
| cr | Trinity Industries, Inc. | c/o One City Center    Portland, ME 04101 |
| intp | William R. Moorman, Jr. | Partridge Snow & Hahn, LLP    30 Federal Street    Boston, MA 02110 |
| aty | Paul Hastings LLP | 75 East 55th St.    New York, NY 10022 |
| aty | Shaw Fishman Glantz & Towbin LLC | 321 N, Clark Street, Suite 800    Chicago, IL 60654 |
| aty | Verrill & Dana, LLP | One Portland Square    P.O. Box 586    Portland, ME 04112–0586 |
| aty | Alan S. Gilbert | 233 South Wacker Drive, Suite 7800    Chicago, IL 60606 |
| aty | Allison M. Brown | Weil, Gotshal & Manges LLP    301 Carnegie Center, Suite 303    Princeton, NJ 08540 |
| aty | Arvin Maskin | Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153 |

| | | | | | |
|---|---|---|---|---|---|
| aty | Bill Kroger | Baker Botts | 910 Louisiana Street | Houston, TX 77002 | |
| aty | Blaire Cahn | Weil, Gotshal & Manges, LLP | 767 Fifth Avenue | New York, NY 10153 | |
| aty | Christopher Fong, Esq. | Paul Hastings LLP | 75 East 55th St. | New York, NY 10022 | |
| aty | Christopher J. Panos | Partridge Snow & Hahn | 30 Federal Street | Boston, MA 02110 | |
| aty | Craig D. Brown | Meyers & Flowers, LLC | 3 North Second Street, Suite 300 | St. Charles, IL 60174 | |
| aty | Dennis M. Ryan, Esq. | Faegre Baker Daniels LLP | 90 South 7th St Ste 2200 | Minneapolis, MN 55402–3901 | |
| aty | Devon H. MacWilliam | Partridge Snow & Hahn, LLP | 30 Federal Street | Boston, MA 02110 | |
| aty | Diane P. Sullivan | Weil, Gotshal & Manges LLP | 301 Carnegie Center, Suite 303 | Princeton, NJ 08540 | |
| aty | Elizabeth S. Whyman | Murtha Cullina LLP | 99 High Street | Boston, MA 02110 | |
| aty | Eric M. Hocky | Clark Hill Thorp Reed | 2005 Market Street | Suite 1000 | Philadelphia, PA 19103 |
| aty | Isley Markman Gostin | WilmerHale | 1875 Pennsylvania Avenue, NW | Washington, DC 20006 | |
| aty | James K. Robertson, Jr., Esq. | Carmody Torrance Sandak & Hennessey | 50 Leavenworth Street | Waterbury, CT 06702 | |
| aty | Jason R, Gagnon, Esq, | Carmody Torrance Sandak & Hennessey | 50 Leavenworth Street | Waterbury, CT 06702 | |
| aty | Jeffrey C. Steen, Esq. | Sidley Austin LLP | One South Dearborn | Chicago, IL 60603 | |
| aty | Ji Eun Kim | Paul Hastings, LLP | 75 East 55th Street | New York, NY 10022 | |
| aty | John L. Scott | Reed Smith LLP | 599 Lexington Avenue | New York, NY 10022 | |
| aty | Joseph M Bethony | Gross, Minsky & Mogul, P.A. | 23 Water Street, Suite 400 | PO Box 917 | Bangor, ME 04402–0917 |
| aty | Joseph P. Rovira | Andrews Kurth LP | 600 Travis St., Suite 4200 | Houston, TX 77002 | |
| aty | Julie Alleen Hardin | Reed Smith LLP | 811 Main Street, Suite 1700 | Houston, TX 77002 | |
| aty | Kyle J. Ortiz, Esq. | Paul Hastings LLP | 75 East 55th Street | New York, NY 10022 | |
| aty | Luc A. Despins | Paul Hastings, LLP | 75 East 55th Street | New York, NY 10022 | |
| aty | Marcia L. Goldstein | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 | |
| aty | Marcus A. Helt | Gardere Wynne Sewell LLP | 1601 Elm St., Ste. 3000 | Dallas, TX 75201 | |
| aty | Mark F. Rosenberg | Sullivan & Cromwell LLP | 125 Broad Street | New York, NY 10004 | |
| aty | Mark W. Zimmerman | Clausen Miller PC | 10 South LaSalle Street | Chicago, IL 60603 | |
| aty | Maureen Daneby Cox, Esq. | Carmody Torrance Sandak & Hennessey | 50 Leavenworth Street | Waterbury, CT 06702 | |
| aty | Michael Siedband | Bernstein, Shur, Sawyer & Nelson, PA | 100 Middle Street | P.O. Box 9729 | Portland, ME 04104 |
| aty | Michael R. Enright | Robinson & Cole, LLP | 280 Trumbull Street | Hartford, CT 06103 | |
| aty | Michael S. Wolly, Esq. | Zwerdling, Paul, Kahn & Wolly, PC | 1025 Connecticut Ave., N.W | Washington, DC 20036 | |
| aty | Omar J. Alaniz | Baker Botts | 2001 Ross Avenue | Dallas, TX 75201 | |
| aty | Randy L. Fairless | Johanson & Fairless, LLC | 1456 First Colony Blvd. | Sugar Land, TX 77479 | |
| aty | Robert Jackstadt | Tueth, Keeney, Cooper, Mohan & Jackstadt | 101 West Vandalia, Suite 210 | Edwardsville, IL 62025 | |
| aty | Sarah R. Borders | King & Spalding LLP | 1180 Peachtree Street, NE | Atlanta, GA 30309 | |
| aty | Stefanie Wowchuck McDonald | 233 South Wacker Drive, Suite 7800 | Chicago, IL 60606 | | |
| aty | Stephen Wald | Partridge Snow & Hahn, LLP | 30 Federal Street | Boston, MA 02110 | |
| aty | Stephen Edward Goldman | Robinson & Cole LLP | 280 Trumbull STreet | Hartford, CT 06103 | |
| aty | Steven J. Boyajian | Robinson & Cole LLP | One Financial Plaza, Suite 1430 | Providence, RI 02903 | |
| aty | Terence M. Hynes, Esq. | Sidley Austin LLP | 1501 K. Street N.W. | Washington, DC 20005 | |
| aty | Thomas A. Labuda, Jr. | Sidley Austin, LLP | One South Dearborn | Chicago, IL 60603 | |
| aty | Timothy A. Davidson | Andrews Kurth LP | 600 Travis St., Suite 4200 | Houston, TX 77002 | |
| aty | Victoria Morales, Esq. | Maine Department of Transportation | 16 State House Station | Augusta, ME 04333 | |
| aty | Victoria Vron | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 | |
| aty | Virginia Strasser | Surface Transportation Board | 395 E Street, S.W. | Washington, DC 20423 | |
| aty | William K. McKinley, Esq. | Troubh Heisler | 511 Congress Street | PO Box 9711 | Portland, ME 04104–5011 |
| aty | William R. Moorman | Partridge Snow & Hahn LLP | 30 Federal Street | Boston, MA 02110 | |
| aty | Wystan M. Ackerman | Robinson & Cole LLP | 280 Trumbull STreet | Hartford, CT 06103 | |
| smg | State of Maine | Bureau of Revenue Services | Compliance Division Bankruptcy Unit | P.O. Box 1060 | Augusta, ME 04332 |

TOTAL: 92