**Office of the United States Trustee - Region 1**
**Monthly Post-Confirmation Summary Report**
**For The Month Ending March 31, 2021**

In re: <u>Montreal, Maine & Atlantic Railway Ltd.</u>     Case No. <u>13-10670</u>
DEBTOR(S)

Confirmation Date: **October 9, 2015**

Disbursing Agent: (if applicable): **n/a**

| | | |
|---|---|---:|
| **1.) BEGINNING OF MONTH CASH BALANCE:** | $ | 513,382.78 |
| **Cash Receipts this month:** | | |
| Preference Settlements | $ | - |
| Litigation Settlements | | - |
| Business operations | | - |
| Miscellaneous Refunds | | - |
| Accounts Receivable | | - |
| Inter-estate transfers | | - |
| Advances[1] | | - |
| Miscellaneous | | - |
| **2.) TOTAL CASH RECEIPTS** | $ | - |
| **Cash Disbursements this month:** | | |
| Professional fees | $ | 6,437.50 |
| Inter-estate transfers | | - |
| Trustee's Bond | | - |
| Taxes | | - |
| Reimbursement to CMQ for A/R | | - |
| Operations | | 1,090.00 |
| Administration | | 11,739.58 |
| U.S. Trustee Fees | | - |
| Other payments | | - |
| Plan payments - Administrative | | - |
| Plan payments - Secured Creditors | | - |
| Plan payments - Priority Creditors | | - |
| Plan payments - Unsecured Creditors | | - |
| Plan payments - Other | | - |
| **3.) TOTAL CASH DISBURSEMENTS** | $ | 19,267.08 |
| **4.) END OF MONTH CASH BALANCE:** | $ | 494,115.70 |

Disbursements for Calculating Quarterly U.S. Trustee Fees:

| | | |
|---|---|---:|
| Total Cash Disbursements | $ | 19,267.08 |
| Less: Inter-estate transfers | | - |
| **Total Disbursements for Calculating Quarterly U.S. Trustee Fees** | $ | 19,267.08 |

*Notes*
[1] Advance from monitor pursuant to CCAA order increasing administrative charge for
US Professionals. See exhibit 2.

**1.)** Projected date of Application for Final Decree: Undetermined, depends upon resolution of complex litigation.

**2.)** Have plan payments been timely disbursed as required by the Plan?  (Yes)  No

If no, explain the circumstances that have impacted the Debtor's ability to perform under the plan.

n/a

**3.)** Is the Debtor current with all post petition and post confirmation debt?  (Yes)  No

If no, please describe.  n/a

**4.)** What remaining issues require resolution before an Application for Final Decree will be filed? Remaining issues include the Canadian Pacific litigation case.

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete, and correct to the best of my knowledge and belief.

RESPONSIBLE PARTY

Dated: 4/9/2021          By: _____
                                    (Signature)

Name: Robert J. Keach

Title: ~~Chapter 11 Trustee~~ Estate Representative

Address: 100 Middle Street, West Tower
Portland, Maine 04101

Telephone No.: (207) 774-1200

**Montreal, Maine & Atlantic Railway, Ltd.**
**Exhibit 1 – Cash Disbursements**
**For The Month Ending March 31, 2021**

| Check Number | Check Date | Name | Check Amount | Category |
|---|---|---|---|---|
| **Sale Escrow Account:** | | | | |
| | | Total from Sale Escrow Account: | $ - | |
| **BOA Escrow Account:** | | | | |
| 32353 | 03/05/21 | Gaudet And Associates Consulting | $ 6,437.50 | Professional Fees |
| 32354 | 03/05/21 | Railcar Management LLC | 1,090.00 | Operations |
| 32355 | 03/05/21 | Earle W. Noyes & Sons Moving | 60.00 | Administrative |
| 32439 | 03/29/21 | Xact Data Discovery | 11,679.58 | Administrative |
| | | Total from BOA Escrow Account: | $ 19,267.08 | |
| | | Total Monthly Disbursements: | $ 19,267.08 | |